|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBIN QUENTIN HARRIS,<br><br>　　　　　Defendant. | 2:14-cr-077-GMN-NJK<br><br>**ORDER FOR U.S. MARSHALS TO TRANSPORT MR. HARRIS TO DENTIST** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

　　Based on the Unopposed Motion Directing U.S. Marshals to Transport Mr. Harris to his Dentist for Dental Care ("Motion"), and good cause appearing therefore,

　　IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion is GRANTED, and the U.S. Marshals shall transport Mr. Harris in a timely manner to his dentist, Dr. Crow, located at 2880 E. Flamingo Ste. H, Las Vegas, NV 89121 for Dr. Crow to complete Mr. Harris's dental procedures.

　　DATED this 16th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4