STEVEN W. MYHRE
Acting United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
richard.lopez2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00077-GMN-NJK |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE SCHEDULED FOR APRIL 14, 2017** |
| vs. | |
| ROBIN QUENTIN HARRIS, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Steven W. Myhre, Acting United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Paul Riddle, Assistant Federal Public Defender, counsel for defendant Robin Quentin Harris, that the status conference currently scheduled for 9:00 a.m. on April 14, 2017, be VACATED. The Defendant's Probation Officer, Shawn Mummey, supports the parties' request.

This stipulation is entered into for the following reasons:

1. On November 28, 2016, Probation Officer Mummey filed a Petition for Summons for Offender Under Supervision, alleging that the Defendant had violated the conditions of his supervised release. That same day, the Court granted the Petition and issued a Summons for the Defendant to appear for revocation proceedings.

2. On January 4, 2017, the Court held a revocation hearing. The Defendant admitted to Allegations 3 and 4 in the Petition. The Court did not revoke supervised release, and instead modified the conditions of his release to increase his outpatient counseling and place him on curfew house arrest for three months. The Court also scheduled a status conference for 9:00 a.m. on April 14, 2017.

3. Since the January 4 hearing, the Defendant has complied with his modified conditions of supervised release.

4. Neither the Government nor the Probation Office seek further action by the Court.

5. Counsel for the Defendant likewise does not seek any further action by the Court.

6. The parties and the Probation Office agree that the status conference scheduled for 9:00 a.m. on April 14, 2017, should be vacated.

Dated this the 12th day of April, 2017.

Respectfully Submitted,

STEVEN W. MYHRE
Acting United States Attorney

By: /s/ *Paul Riddle*
PAUL RIDDLE
Assistant Federal Public Defender
Counsel for Defendant Robin Quentin Harris

By: /s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBIN QUENTIN HARRIS,

    Defendant.

Case No.: 2:14-cr-00077-GMN-NJK

## **FINDINGS OF FACT**

Based on the parties' stipulation to vacate the status conference, and good cause appearing therefore, the Court finds that:

1. On November 28, 2016, Probation Officer Mummey filed a Petition for Summons for Offender Under Supervision, alleging that the Defendant had violated the conditions of his supervised release. That same day, the Court granted the Petition and issued a Summons for the Defendant to appear for revocation proceedings.

2. On January 4, 2017, the Court held a revocation hearing. The Defendant admitted to Allegations 3 and 4 in the Petition. The Court did not revoke supervised release, and instead modified the conditions of his release to increase his outpatient counseling and place him on curfew house arrest for three months. The Court also scheduled a status conference for 9:00 a.m. on April 14, 2017.

3. Since the January 4 hearing, the Defendant has complied with his modified conditions of supervised release.

4. Neither the Government nor the Probation Office seek further action by the Court.

5. Counsel for the Defendant likewise does not seek any further action by the Court.

6. The parties and the Probation Office agree that the status conference scheduled for 9:00 a.m. on April 14, 2017 should be vacated.

**CONCLUSIONS OF LAW**

7. Good cause exists to vacate the status conference scheduled for 9:00 a.m. on April 14, 2017.

**ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for 9:00 a.m. on April 14, 2017 is VACATED.

Dated this __13__ day of April, 2017

By: _____
GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, Richard Anthony Lopez, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above STIPULATION TO VACATE STATUS CONFERENCE SCHEDULED FOR APRIL 14, 2017 on Counsel of Record via Electronic Case Filing (ECF) and on Probation Officer Shawn Mummey by email.

Dated: April 12, 2017

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney